Opinion filed March 17,
2011

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-10-00319-CV

                                                    __________

 

                                        MONIKA
ROSE WELCH 

                                                          
V.

                                  
CHRISTOPHER PAUL WELCH



 

                                  On
Appeal from the County Court at Law

                                                           Brown
County, Texas

                                                 Trial
Court Cause No. DV1004108

 



 

                                            M
E M O R A N D U M    O P I N I O N

            Monika
Rose Welch is the appellant in this appeal.  She has filed a motion to dismiss
the appeal pursuant to Tex. R. App. P. 42.1(a)(1). 
In the motion, appellant states that “[t]he parties have entered into a
settlement agreement disposing of all issues presented in this appeal and the underlying
suit.”  Therefore, in accordance with appellant’s request, we dismiss the
appeal. 

The
motion to dismiss is granted, and the appeal is dismissed. 

 

 

                                                                                                PER
CURIAM

 

March 17, 2011

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.